UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **February 19, 2009** TERM. **09-1** | MINUTES OF COURT |
|---|---|
| | DATE: September 30, 2009 @ 1:17pm-1:20pm |

**FILED SEP 30 2009 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY ___ DEPUTY**

PRESENT: The Honorable  **Peggy A. Leen**  , U.S. Magistrate Judge.

DEPUTY CLERK:  **Denise Saavedra**     REPORTER:  **Joyce Dennehy**

UNITED STATES ATTORNEY:  **Amber Craig**

A roll call of the Grand Jury is taken with **21** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| Case | Defendant | Type |
|---|---|---|
| 2:09-CR-0402 | FRANCO ALFREDO GALLI (DEFENDANT & COUNSEL-LOCAL) | SUMMONS |
| 2:09-CR-0403 | JESUS REYNOSA-RODRIGUEZ | WARRANT |
| 2:09-CR-0404 | SIMON LOPEZ-AVILA | WARRANT |
| 2:09-CR-0405 | FABIAN MEDINA DE LOS ANGELES | WARRANT |
| 2:09-CR-0406 | GUASIMO CUATANTE-CUATANTE | WARRANT |
| 2:09-CR-0407 | GERARDO MATA-CARRILLO | WARRANT |
| 2:09-CR-0408 | CHRISTINA LYNN FAVA | WARRANT |
| 2:09-CR-0409 | WAYNE KESSLER DEFENDANT & COUNSEL - LOCAL | SUMMONS |
| 2:09-CR-0410 | JARDEIL MELENDEZ-MARTINEZ | WARRANT |

...
...
...

| | | |
|---|---|---|
| **2:09-CR-0200-JCM-LRL** | JOSE ANTONIO AMADOR | **CUSTODY** |
| **SUPERSEDING** | LUIS ANTONIO RAMOS-VARGAS | **CUSTODY** |
| | GERALDO ORTIZ-HERNANDEZ | **CUSTODY** |
| | (ALL DEFENDANTS- LOCAL FEDERAL CUSTODY) | |
| | TRIAL DATE: 10/19/09 | |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:09-CR-402 & 2:09-CR-409** will be held on **FRIDAY, OCTOBER 16, 2009 @ 8:30am** before **MAGISTRATE LAWRENCE R. LEAVITT in courtroom 3C.**

**IT IS ORDERED** that the Arraignment & Plea as to: **2:09-CR-200-JCM-LRL (ALL DEFENDANTS)** will be held on **FRIDAY, OCTOBER 9, 2009 @ 8:30am** before **MAGISTRATE ROBERT J. JOHNSTON in courtroom 3D.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining case(s) will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk

United States District Court

/S/ Denise Saavedra

Deputy Clerk