FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for Christina Lynn Fava

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:09-cr-408-RLH-LRL |
|---|---|
| Plaintiff, | STIPULATION TO VACATE SENTENCE HEARING DATE PENDING DEFENDANT'S ARREST |
| vs. | |
| CHRISTINA LYNN FAVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lucas M. Foletta, Assistant United States Attorney, counsel for the United States of America, and Franny A. Forsman, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for CHRISTINA LYNN FAVA, that the sentence hearing currently scheduled for March 19, 2010, at the hour of 10:00 a.m, be vacated pending the defendant's arrest.

This Stipulation is entered into for the following reasons:

1. That defense counsel was advised by Pretrial Services that the defendant had absconded and a warrant for arrest was issued.

2. That defense counsel will be out of the district attending an FPD seminar during the current calendar setting.

3. That the defendant has absconded and defense counsel has not had contact with her.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

1    This is the first request to vacate sentencing hearing date pending arrest filed herein.

2    DATED this 2nd day of March, 2010.

3    FRANNY A. FORSMAN                              DANIEL G. BOGDEN
     Federal Public Defender                       United States Attorney
4

5    */s/ Monique Kirtley*                          */s/ Lucas M. Foletta*
     By: _____                   By: _____
6    MONIQUE KIRTLEY                                LUCAS M. FOLETTA
     Assistant Federal Public Defender             Assistant United States Attorney
7    Counsel for Defendant Fava                    Counsel for Plaintiff

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:09-cr-408-RLH-LRL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| CHRISTINA LYNN FAVA, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 19, 2010, at the hour of 10:00 a.m., be vacated pending the defendant's arrest.

DATED _____ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE