DANIEL G. BOGDEN
United States Attorney
LUCAS M. FOLETTA
Assistant United States Attorney
333 S. Las Vegas Blvd, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:09-cr-00408-RLH-LRL |
| Plaintiff, ) | |
| ) | PETITION FOR WRIT OF |
| vs ) | HABEAS CORPUS AD |
| ) | PROSEQUENDUM FOR |
| CHRISTINA LYNN FAVA, ) | <u>CHRISTINA LYNN FAVA</u> |
| ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **CHRISTINA LYNN FAVA (95348)** is committed by due process of law in the custody of the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101, that it is necessary that the said **CHRISTINA LYNN FAVA (95348)** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **CHRISTINA LYNN FAVA (95348)** may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on the 20th day of May, 2010, at the hour of 8:30 a.m., for Sentencing by the said Court.

That the presence of the said **CHRISTINA LYNN FAVA (95348)** before the United States District Court on or about 20th day of May, 2010, at the hour of 8:30 a.m., has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101 and to the United States Marshal for the District of Nevada, commanding them to produce the said **CHRISTINA LYNN FAVA (95348)** before the United States District Court on or about 20th day of May, 2010, at the hour of 8:30 a.m., to appear before the Court, and when excused by the said Court, to be returned to the custody of the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101 following the proceedings by said Court.

DATED this 28th day of April, 2010.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    _/s/ Lucas M. Foletta_____
    LUCAS M. FOLETTA
    Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>    vs )<br>CHRISTINA LYNN FAVA, )<br>        Defendant. ) | 2:09-cr-00408-RLH-LRL<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br><u>CHRISTINA LYNN FAVA</u> |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101,
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S:

WE COMMAND that you have the body of **CHRISTINA LYNN FAVA (95348)**, detained in the custody of the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101, before the United States District Court at the Lloyd D. George Federal Building and United States Courthouse in Las Vegas, Nevada, on or about 20th day of May, 2010, at the hour of 8:30 a.m., for Sentencing, until the said **CHRISTINA LYNN FAVA (95348)** is released and discharged by the said Court; and that you shall thereafter return the said **CHRISTINA LYNN FAVA (95348)** to the custody of the Director, CCDC

1 | CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas,
2 | Nevada 89101, under safe and secure conduct, and have you then and there this writ.
3 |
4 | DATED:
5 |
6 |
  |                                           _____
7 |                                           UNITED STATES DISTRICT JUDGE
8 | ATTEST:
9 |                 LANCE S. WILSON, Clerk
  |                 United States District Court
10 |
11 |                 By _____
  |                         Deputy
12 |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:09-cr-00408-RLH-LRL |
| Plaintiff, ) | |
| ) | ORDER FOR ISSUANCE OF |
| vs ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM FOR |
| CHRISTINA LYNN FAVA, ) | <u>CHRISTINA LYNN FAVA</u> |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **CHRISTINA LYNN FAVA (95348)** before the United States District Court at Las Vegas, Nevada, on or about the 20th day of May, 2010, at the hour of 8:30 a.m., for Sentencing by the said Court.

DATED:

_____
UNITED STATES DISTRICT JUDGE