AO 442   (Rev. 10/03) Warrant for Arrest

1370185

# UNITED STATES DISTRICT COURT

District of _____ Nevada

UNITED STATES OF AMERICA

V.

Christina Lynn Fava.

**WARRANT FOR ARREST**

Case Number: 2:09-CR-00408-RLH-LRL-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Christina Lynn Fava _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

charging him or her with (brief description of offense)

PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

in violation of Title ___18___ United States Code, Section(s) ___3148(b)___

George Foley, Jr.
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_/s/ George Foley Jr._
Signature of Issuing Officer

December 29, 2009    Las Vegas, Nevada
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

W/HCAP FROM CCDC

| DATE RECEIVED 12/31/09 | NAME AND TITLE OF ARRESTING OFFICER WM DEWEY, SDUSM | SIGNATURE OF ARRESTING OFFICER /s/ |
| DATE OF ARREST 05/06/10 | | |

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Christina Lynn Fava                     Docket No. 2:09-CR-00408-RLH-LRL-01

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW TERRY L. Wheaton II, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Christina Lynn Fava, who was placed under pretrial release supervision by Honorable George W. Foley, Jr. in the Court at Las Vegas, Nevada, on October 19, 2009, on a Personal Recognizance Bond with the following conditions:

Pretrial Services supervision.
Maintain/seek employment.
Refrain from the use or possession of controlled substances.
Do not associate with anyone using/possessing controlled substance.
Submit to drug testing as directed by Pretrial Services.
Third party custodianship of Terry L. Fava.
Participate in the Location Monitoring program and abide by all requirements of the program.
Maintain residence at 3535 Cambridge, Las Vegas, Nevada, 89169.
Travel Restricted to Clark County.

Respectfully presenting petition for action of Court and for cause as follows:

1) On December 11, 2009, the defendant was arrested for Forgery (2-Counts), Forgery of a Credit Card, and Use of Personal Information of Another.

2) On December 17, 2009, the defendant removed her location monitoring bracelet and absconded supervision.

**PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 29th day of December, 2009, and ordered filed and made a part of the records in the above case. | Executed on this 21st day of December, 2009.<br><br>Respectfully Submitted, |
| _George Foley Jr._<br>Honorable George W. Foley, Jr.<br>United States Magistrate Judge | _Terry L. Wheaton_<br>Terry L. Wheaton II<br>United States Pretrial Services Officer<br><br>Place: Las Vegas, Nevada |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00408-RLH-LRL |
| Plaintiff, | |
| vs | WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CHRISTINA LYNN FAVA |
| CHRISTINA LYNN FAVA, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101, UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S:

WE COMMAND that you have the body of **CHRISTINA LYNN FAVA (95348)**, detained in the custody of the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101, before the United States District Court at the Lloyd D. George Federal Building and United States Courthouse in Las Vegas, Nevada, on or about ~~20th day of May~~ 6th day of May, 2010, at the hour of ~~8:30 a.m.~~ 10:30, for Sentencing, until the said **CHRISTINA LYNN FAVA (95348)** is released and discharged by the said Court; and that you shall thereafter return the said **CHRISTINA LYNN FAVA (95348)** to the custody of the Director, CCDC

1 | CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas,
2 | Nevada 89101, under safe and secure conduct, and have you then and there this writ.

4 | DATED: April 30, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

8 | ATTEST:

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

4/30/10
DATE